```
                                           FILED
                                     U.S. DISTRICT COURT
                                        SAVANNAH DIV.
     IN THE UNITED STATES DISTRICT COURT FOR
         THE SOUTHERN DISTRICT OF GEORGIA   2012 AUG 10 AM 11:29
                SAVANNAH DIVISION
                                         CLERK_____
                                          SO. DIST. OF GA.
```

VERNON ELIJAH CREWS, )
)
    Petitioner, )
)
v. ) CASE NO. CV411-277
)
WARDEN ROBERT TOOLE, Wilcox )
State Prison, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 15), to which objections have been filed (Doc. 19). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, Respondent's Motion to Dismiss (Doc. 11) is **GRANTED**, and Petitioner's 28 U.S.C. § 2254 Petition is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of August 2012.

/s/ William T. Moore, Jr.
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA