FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 AUG 10 AM 11:29
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VERNON ELIJAH CREWS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WARDEN ROBERT TOOLE, Wilcox ) <br> State Prison, ) <br> ) <br> Respondent. ) <br> ) | CASE NO. CV411-277 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 15), to which objections have been filed (Doc. 19). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, Respondent's Motion to Dismiss (Doc. 11) is **GRANTED**, and Petitioner's 28 U.S.C. § 2254 Petition is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of August 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA